1  LAW OFFICES OF BILL LATOUR
2  JESSICA WARNER [CSBN: 257274]
       1420 E. Cooley Dr., Suite 100
3      Colton, California 92324
4      Telephone: (909) 954-2380
       Facsimile: (909) 796-3402
5      E-Mail: fed.latour@yahoo.com
6
7  Attorney for Plaintiff

8              UNITED STATES DISTRICT COURT
9       CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION
10

11  KELLY ANN VARA,                    )      No: 5:23-cv-01948-MAA
         Plaintiff,                    )
12                                     )
13       v.                            )      [PROPOSED] ORDER AWARDING
                                       )      EAJA FEES
14                                     )
   MARTIN O'MALLEY[1]                  )
15  Commissioner of Social Security,   )
16                                     )
         Defendant.                    )
17                                     )
18  _____)

19       Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

20       IT IS ORDERED that EAJA attorney fees are awarded in the amount of FOUR

21  THOUSAND SEVEN HUNDRED FIFTY DOLLARS AND 00/100 ($4.750.00) and

22  zero costs ($00.00), subject to the terms of the stipulation.

23       DATE:  April 16, 2024

24

25

26       _____

27       HON. MARIA A. AUDERO
         UNITED STATES MAGISTRATE JUDGE

28  _____

[1] Commissioner Martin J. O'Malley is substituted for his predecessor as the Defendant
in this action pursuant to Federal Rule of Civil Procedure 25(d).

-1-